IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Luis Jose Espinal Rosa | : | |
| *Plaintiff,* | : | |
| v. | : | 2:25-cv-06376 |
| David O'Neill, et al. | : | |
| *Defendants.* | : | |

## ORDER

AND NOW, this 21st day of November, 2025, upon consideration of Plaintiff's Motion for a Temporary Restraining Order (Dkt. #6) it is HEREBY ORDERED that the government shall respond to the Motion by no later than **Monday November 24, 2025** at **10:00 A.M.** It is FURTHER ORDERED that the Court will hold a hearing on the Motion on **Tuesday, November 25, 2025,** at **9:30 A.M**. in **Courtroom 17a**, James A. Byrne Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

_____
GAIL WEILHEIMER        J.