IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LUIS JOSE ESPINAL ROSA
A# 246-531-064

    *Petitioner*,

v.

DAVID O'NEILL, in his official capacity as ICE Deputy Field Office Director; KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and TODD M. LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement, JAMAL LAWRENCE Warden of the Philadelphia Federal Detention Center, and PAMELA BONDI, in her official capacity as Attorney General of the United States,

    *Respondents*.

Civil Action No. 2:25-cv-6376

## **AMENDED ORDER**

**AND NOW**, this 20th day of November 2025, it is **ORDERED** that the parties' stipulated briefing schedule (ECF No. 5) is **APPROVED**. It is thus **ORDERED** that:

1. Respondents shall file their response to Petitioner's habeas petition (ECF No. 1) **on or before December 2, 2025**;

2. Petitioner shall file any reply **on or before December 5, 2025** should he deem a reply necessary;

3.  Petitioner and Defendants agree that, pending the Court's ruling on the pending petition and any related applications to the Court, Petitioner will not be removed from the United States and Defendants will continue to detain Petitioner at detention facilities located within the Commonwealth of Pennsylvania; and,

4.  The Court will decide Petitioner's petition for writ of habeas corpus and related filings on the papers.

BY THE COURT:

*[signature]*

_____
GAIL A WEILHEIMER, J.
