## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LUIS JOSE ESPINAL ROSA
A# 246-531-064

      *Petitioner,*

   v.                                    Civil Action No.  2:25-cv-6376

DAVID O'NEILL, in his official
capacity as ICE Deputy Field Office
Director; KRISTI NOEM, in her
official capacity as Secretary of
Homeland Security, and TODD M.
LYONS, in his official capacity as
Acting Director of Immigration and
Customs Enforcement, JAMAL
LAWRENCE Warden of the
Philadelphia Federal Detention
Center, and PAMELA BONDI, in
her official capacity as Attorney
General of the United States,

      *Respondents.*

---

### ORDER

    **AND NOW**, this 25ᵗʰ day of November 2025, upon consideration of the Petitioner's Motion for a Temporary Restraining Order (Dkt. 6), the Government's response (Dkt. 8) and after a hearing, for the reasons placed on the record it is hereby **ORDERED** that a bond hearing shall be held and a decision rendered no later than 12:00 pm on November 26, 2025.  Should the Government fail to hold a bond hearing and render a timely decision in accordance with this Order, the Petitioner, Luis Jose Espinal Rosa is Ordered released from custody pending his removal hearing.

BY THE COURT:

GAIL A WEILHEIMER, J.