IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LUIS JOSE ESPINAL ROSA
A# 246-531-064

    *Petitioner*,

v.

DAVID O'NEILL, et al

    *Respondents*.

Civil Action No. 2:25-cv-6376

## ORDER

AND NOW, this 3rd day of December, 2025, upon consideration of this Court's prior grant of Plaintiff's motion for a temporary restraining order, it is hereby ORDERED that the Parties, no later than December 6, 2025, provide this Court with a joint status update, informing the Court: (1) whether a bond hearing was held or Plaintiff was released in lieu of such a hearing; (2) if there was a bond hearing, what the result of that hearing was; (3) whether this Court's grant of the temporary restraining order moots the requested *habeas* relief such that this case can presently be dismissed; and (4) what, if any, further action is required of this Court in this matter.

BY THE COURT:

_____
GAIL A. WEILHEIMER    J.