IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LUIS JOSE ESPINAL ROSA
A# 246-531-064

    *Petitioner,*

v.

DAVID O'NEILL, et al

    *Respondents.*

Civil Action No. 2:25-cv-6376

## ORDER

AND NOW, this 5th day of December, 2025, upon consideration of the Amended Joint Status Update (Dkt. 17) in which the parties agree that all request for relief have been addressed and that this matter is ripe for dismissal, it is hereby ORDERED that in accordance with Local Civil Rule 41.1(b), this matter is DISMISSED without prejudice. The Clerk of Court's is directed to mark this matter CLOSED.

BY THE COURT:

_____
GAIL A. WEILHEIMER    J.